IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-274-JLK

JONATHAN KNOTT and RICHARD KNOTT, individuals,

     Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware limited liability company, CS AUTO CHEVSO, LLC d/b/a MIKE MAROONE CHEVROLET SOUTH COLORADO SPRINGS, a Florida limited liability company, and FIDELITY WARRANTY SERVICES, INC., A Florida corporation,

     Defendants.

## ENTRY OF APPEARANCE

**KATE LAUBACH** of the law firm **SENTER GOLDFARB & RICE, LLC**, enters her appearance on behalf of Defendant, **CS AUTO CHEVSO, LLC d/b/a MIKE MAROONE CHEVROLET SOUTH COLORADO SPRINGS**.

                  Respectfully submitted,

By   /s/ Kate Laubach
*Kate Laubach*
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Ste. 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
E-mail: klaubach@sgrll.com
*Attorneys for Defendant*
*CS Auto Chevso, LLC d/b/a*
*Mike Maroone Chevrolet South*
*Colorado Springs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of March, 2019, I electronically filed a true and exact copy of the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Daniel J. Vedra
Katherine Russell
Vedra Law LLC
1435 Larimer St. Suite 302
Denver, CO 80202
*Attorneys for Plaintiffs*

                                                      /s/ Tammy L. Stephenson
                                                      Legal Secretary to Kate Laubach
                                                      Email: tstephenson@sgrllc.com