IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-274-JLK

JONATHAN KNOTT and RICHARD KNOTT, individuals,

    Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware limited liability company, CS AUTO CHEVSO, LLC d/b/a MIKE MAROONE CHEVROLET SOUTH COLORADO SPRINGS, a Florida limited liability company, and FIDELITY WARRANTY SERVICES, INC., A Florida corporation,

    Defendants.

## DEFENDANT CS AUTO CHEVSO, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT AND JURY DEMAND

Defendant **CS AUTO CHEVSO, LLC d/b/a MIKE MAROONE CHEVROLET SOUTH COLORADO SPRINGS**, by its attorneys, **SENTER GOLDFARB & RICE, LLC**, answers Plaintiffs' Complaint and Jury Demand:

1. Defendant is without sufficient knowledge and information regarding the allegations in paragraphs 1, 3, 4, 5, 6, 7, 12, 13, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 40, 42, 43, 44, 46, 47, 49, 50, 51, 52, 53, 54, 55, 56, 56(a), 56(b), 56(c), 56(d), 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 108, 109, 111, 112, 113, 115, 116, 117, 118, 121, 126, 127, 128, 136, 137, 139, 140, 141, 146 and 147 of Plaintiffs' Complaint and Jury Demand, and therefore denies the same.

2. Regarding the allegations in paragraph 2, 14, 16, 25, 29, 41, 45, 48 and 105 of Plaintiffs' Complaint and Jury Demand, in September 2017, Mike Maroone Chevrolet South in

Colorado Springs, Colorado ("the dealership") purchased a used 2016 GMC Sierra truck ("the truck") during an online auction with Manheim Denver of Aurora, Colorado.  The pre-auction documentation of the truck did not state the truck had a surge problem.  On November 11, 2017, Plaintiffs Jonathan Knott and Richard Knott visited the dealership regarding the truck.  Either Jonathan Knott or Richard Knott telephoned the dealership before their visit and discussed the truck with a dealership representative.  On November 11, 2017, two sales representatives of the dealership met with Plaintiffs and discussed the truck.  During the November 11, 2017 visit, either Jonathan Knott or Richard Knott test drove the truck.   During the visit, a sales representative of the dealership advised Plaintiffs that the truck was not a Certified Pre-Owned vehicle.  The dealership and Plaintiffs took this fact into consideration when negotiating the sale price of the truck.  During the visit, a sales representative of the dealership and Plaintiffs discussed that the truck's Diesel Exhaust Fluid was low and that the truck required a new motor for a power running board.  On November 11, 2017, Plaintiffs purchased the 2016 GMC Sierra truck per a financing agreement.  Plaintiffs purchased a service agreement regarding the truck.  After Plaintiffs purchased the truck, the dealership requested the truck's title from Manheim Denver.  In November 2017 and December 2017, either Jonathan Knott or Richard Knott brought the truck to the dealership for services.  In December 2017, the dealership and either Jonathan Knott or Richard Knott discussed Plaintiffs trading in the truck for a new vehicle. Defendant is without sufficient knowledge and information regarding the remaining allegations in paragraphs 2, 14, 16, 25, 29, 41, 45, 48 and 105 of Plaintiffs' Complaint and Jury Demand and therefore denies the same.

3. Defendant admits the allegations in paragraphs 8, 9 and 10 of Plaintiffs' Complaint and Jury Demand.

4. Regarding the allegations in paragraphs 11, 98, 99, 100, 120, 122, 123, 123, 125, 134, 135 and 143 of Plaintiffs' Complaint and Jury Demand, Defendant admits statutes and common law govern the sale of vehicles in Colorado. Defendant is without sufficient knowledge and information regarding Plaintiffs' or Defendants' statuses under those statutes or common law. Defendant denies the remaining allegations to the extent Plaintiffs misstate the statutes, common law or the parties' statuses.

5. Defendant denies the allegations in paragraphs 37, 38, 39, 101, 102, 103, 105, 106, 107, 110, 129, 130, 131, 132, 138, 142, 144, 145 and 148 of Plaintiffs' Complaint and Jury Demand.

6. Defendant incorporates its responses to those paragraphs realleged by paragraphs 97, 104, 114, 119 and 133 of Plaintiffs' Complaint and Jury Demand.

7. Defendant denies the allegations in the Wherefore clause of Plaintiffs' Complaint and Jury Demand.

8. Any allegation in Plaintiffs' Complaint and Jury Demand not otherwise addressed or admitted is denied.

## DEFENSES

1. Plaintiffs' Complaint and Jury Demand may fail to state a claim upon which relief may be granted.

2. Plaintiffs' claims are subject to the terms, conditions, and exclusions of any applicable contract or agreement.

3.  Plaintiffs may not be real parties in interest to all or some of their claims.

4.  Plaintiffs may have failed to reasonably mitigate their alleged damages.

5.  Defendant incorporates the defenses and affirmative defenses set forth in Defendant General Motors, LLC's and Defendant Fidelity Warranty Services, Inc.'s answers to Plaintiffs' Complaint and Jury Demand.

6.  Defendant reserves the right to amend its Answer to add additional defenses pending discovery in this action.

**WHEREFORE**, having fully answered Plaintiffs' Complaint and Jury Demand, Defendant respectfully requests the Court to enter judgment in its favor and against Plaintiffs, award statutory interest, costs and attorney fees, and grant such another further relief that the Court may deem just and proper.

**DEFENDANT DEMANDS A JURY OF SIX PERSONS**

Defendant's Address:

230 North Academy Blvd.

Colorado Springs, CO 80909

5

Respectfully submitted,

By <u>  */s/ Kate Laubach*                    </u>
*Kate Laubach*
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Ste. 700
Denver, Colorado 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
E-mail: klaubach@sgrllc.com
*Attorneys for Defendant CS Auto Chevso, LLC d/b/a Mike Maroone Chevrolet South Colorado Springs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March, 2019, I electronically filed a true and exact copy of the above and foregoing **DEFENDANT CS AUTO CHEVSO, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT AND JURY DEMAND** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Daniel J. Vedra
Vedra Law LLC
1435 Larimer St. Suite 302
Denver, CO 80202
E-Mail: dan@vedralaw.com
　　　　 kate@vedralaw.com
*Attorneys for Plaintiffs*

Timothy G. O'Neill
Cody C. Bourke
Snell & Wilmer L.L.P.
1200 17th Street
Denver, CO 80202
E-Mail: toneill@swlaw.com
　　　　 cbourke@swlaw.com
*Attorneys for Defendant General Motors, LLC*

Timothy M. Murphy
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
E-Mail: murphyt@hallevans.com
*Attorneys for Defendant Fidelity Warranty Services, Inc.*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tammy Stephenson
　　　　　　　　　　　　　　　　　　　　　　　　Legal Secretary
　　　　　　　　　　　　　　　　　　　　　　　　E-mail:  tstephenson@sgrllc.com